Marc V. Kalagian
Attorney at Law: 4460
Law Offices of Lawrence D. Rohlfing, Inc., CPC
12631 East Imperial Highway Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-5491
E-mail: marc.kalagian@rksslaw.com

Leonard Stone
Attorney at Law: 5791
Shook and Stone, Chtd.
710 South 4th Street
Las Vegas, NV 89101
Tel.: (702) 385-2220
Fax: (702) 384-0394
E-mail: MRobles@shookandstone.com

Attorneys for Plaintiff Kimberley Christian

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KIMBERLEY CHRISTIAN,<br><br>Plaintiff,<br><br>vs.<br><br>LELAND DUDEK,<br>Acting Commissioner of Social Security,<br><br>Defendant. | Case No.: 2:24-cv-02073-MDC<br><br>STIPULATION TO EXTEND TIME OF TIME TO FILE PLAINTIFF'S BRIEF AND [PROPOSED] ORDER<br><br>(FIRST REQUEST) |

Plaintiff Kimberley Christian and Leland Dudek, Acting Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this Court's approval, to extend the time from March 6, 2025 to April 3, 2025, for Plaintiff to file her brief with all other deadlines as per the Supplemental Rules for

Social Security Actions under 42 U.S.C. § 405(g) of the Federal Rules of Civil Procedure extended accordingly. This is Plaintiff's first request for an extension. This request is made at the request of Plaintiff's counsel to allow additional time to fully research the issues presented.

DATE: March 6, 2025            Respectfully submitted,

                                   LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

                                 /s/ *Marc V. Kalagian*
                       BY: _____
                                 Marc V. Kalagian
                                 Attorney for plaintiff Kimberley Christian

DATE: March 6, 2025            SUE FAHAMI
                                 Acting United States Attorney

                                 /s/ *Franco L. Becia*
                       BY: _____

                                 Franco L. Becia
                                 Special Assistant United States Attorney
                                 |*authorized by e-mail|

                                    ORDER

DATED:   3-11-25

IT IS SO ORDERED:

                           MAXIMILIANO D. COUVILLIER III
                           UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

**CERTIFICATE OF SERVICE
FOR CASE NUMBER 2:24-CV-02073-MDC**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on March 6, 2025.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Marc V. Kalagian*
_____

Marc V. Kalagian
Attorneys for Plaintiff
_____